**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA**

Fill in this information to identify your case:

Debtor 1: Benjamin Lamar Ivey
First Name / Middle Name / Last Name

Debtor 2: Sharon Lowe Ivey
(Spouse, if filing) First Name / Middle Name / Last Name

Case Number (If known): 19-10772

☐ Check if this is an amended plan.

## CHAPTER 13 PLAN AND MOTION

[Pursuant to Fed. R. Bankr. P. 3015.1, the Southern District of Georgia General Order 2017-3 adopts this form in lieu of the Official Form 113].

1. **Notices.** Debtor(s) must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as not being contained in the plan or if neither or both boxes are checked, the provision will be ineffective if set out in the plan.

    (a) This plan:   ☒ contains nonstandard provisions. See paragraph 15 below.
                    ☐ does not contain nonstandard provisions.

    (b) This plan:   ☒ values the claim(s) that secures collateral. See paragraph 4(f) below.
                    ☐ does not value claim(s) that secures collateral.

    (c) This plan:   ☒ seeks to avoid a lien or security interest. See paragraph 8 below.
                    ☐ does not seek to avoid a lien or security interest.

2. **Plan Payments.**

    (a) The Debtor(s) shall pay to the Chapter 13 Trustee (the "Trustee") the sum of $ **475.00 per month** for the applicable commitment period of:

    ☐ 60 months; **or**

    ☒ a minimum of 36 months. See 11 U.S.C. § 1325(b)(4).

    (If applicable include the following: These plan payments will change to $_____ monthly on _____, 20____.)

    (b) The payments under paragraph 2(a) shall be paid:

    ☒ Pursuant to a Notice to Commence Wage Withholding, the Debtor(s) request(s) that the Trustee serve such Notice(s) upon the Debtor's(s') employer(s) as soon as practicable after the filing of this plan. Such Notice(s) shall direct the Debtor's(s') employer(s) to withhold and remit to the Trustee a dollar amount that corresponds to the following percentages of the monthly plan payment:

    ☒ Debtor 1 **100** %   ☐ Debtor 2 _____ %

    ☐ Direct to the Trustee for the following reason(s):
        ☐ The Debtor(s) receive(s) income solely from self-employment, Social Security, government assistance, or retirement.
        ☐ The Debtor(s) assert(s) that wage withholding is not feasible for the following reason(s):

    _____

    (c) Additional Payments of $_____ (estimated amount) will be made on _____ (anticipated date)

from _____ (source, including income tax refunds).

3. **Long-Term Debt Payments.**

   (a) **Maintenance of Current Installment Payments.** The Debtor(s) will make monthly payments in the manner specified as follows on the following long-term debts pursuant to 11 U.S.C. § 1322(b)(5). These postpetition payments will be disbursed by either the Trustee or directly by the Debtor(s), as specified below. Postpetition payments are to be applied to postpetition amounts owed for principal, interest, authorized postpetition late charges and escrow, if applicable. Conduit payments that are to be made by the Trustee which become due after the filing of the petition but before the month of the first payment designated here will be added to the prepetition arrearage claim.

   | CREDITOR | COLLATERAL | PRINCIPAL RESIDENCE (Y/N) | PAYMENTS TO BE MADE BY (TRUSTEE OR DEBTOR(S)) | MONTH OF FIRST POSTPETITION PAYMENT TO CREDITOR | INITIAL MONTHLY PAYMENT |
   |---|---|---|---|---|---|
   | | | | | | |

   (b) **Cure of Arrearage on Long-Term Debt.** Pursuant to 11 U.S.C. § 1322(b)(5), prepetition arrearage claims will be paid in full through disbursements by the Trustee, with interest (if any) at the rate stated below. Prepetition arrearage payments are to be applied to prepetition amounts owed as evidenced by the allowed claim.

   | CREDITOR | DESCRIPTION OF COLLATERAL | PRINCIPAL RESIDENCE (Y/N) | ESTIMATED AMOUNT OF ARREARAGE | INTEREST RATE ON ARREARAGE (if applicable) |
   |---|---|---|---|---|
   | | | | | |

4. **Treatment of Claims.** From the payments received, the Trustee shall make disbursements as follows unless designated otherwise:

   (a) **Trustee's Fees.** The Trustee percentage fee as set by the United States Trustee.

   (b) **Attorney's Fees.** Attorney's fees allowed pursuant to 11 U.S.C. § 507(a)(2) of $ **4,000.00**.

   (c) **Priority Claims.** Other 11 U.S.C. § 507 claims, unless provided for otherwise in the plan will be paid in full over the life of the plan as funds become available in the order specified by law.

   (d) **Fully Secured Allowed Claims.** All allowed claims that are fully secured shall be paid through the plan as set forth below.

   | CREDITOR | DESCRIPTION OF COLLATERAL | ESTIMATED CLAIM | INTEREST RATE | MONTHLY PAYMENT |
   |---|---|---|---|---|
   | SRP Federal Credit Union | Mercedes Motor Vehicle | $18,091.00 | 5.5% | Min. of $346.00 |

   (e) **Secured Claims Excluded from 11 U.S.C. § 506** (those claims subject to the hanging paragraph of 11 U.S.C. § 1325(a)). The claims listed below were either: (1) incurred within 910 days before the petition date and secured by a

purchase money security interest in a motor vehicle acquired for the personal use of the Debtor(s), or (2) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value. These claims will be paid in full under the plan with interest at the rate stated below:

| CREDITOR | DESCRIPTION OF COLLATERAL | ESTIMATED CLAIM | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|
| | | | | |

(f) **Valuation of Secured Claims to Which 11 U.S.C. § 506 is Applicable.** The Debtor(s) move(s) to value the claims partially secured by collateral pursuant to 11 U.S.C. § 506 and provide payment in satisfaction of those claims as set forth below. The unsecured portion of any bifurcated claims set forth below will be paid pursuant to paragraph 4(h) below. The plan shall be served on all affected creditors in compliance with Fed. R. Bankr. P. 3012(b), and the Debtor(s) shall attach a certificate of service.

| CREDITOR | DESCRIPTION OF COLLATERAL | VALUATION OF SECURED CLAIM | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|
| 1st Franklin Financial Corporation | Personal Property | $ - 0 - | 0% | $ - 0 - |
| Covington Credit of Georgia, Inc. | Personal Property | $ - 0 - | 0% | $ - 0 - |
| Edwards Loan Co., Washington, LLC | Personal Property | $ - 0 - | 0% | $ - 0 - |
| Lahr Enterprises, LLC dba Wilkes Loan | Personal Property | $ - 0 - | 0% | $ - 0 - |
| Otis Heath | Personal Property (Judgment) | $ - 0 - | 0% | $ - 0 - |
| Security Finance of Georgia, LLC (all accounts) | Personal Property | $ - 0 - | 0% | $ - 0 - |
| W. S. Badcock Corporation | Personal Property | $ - 0 - | 0% | $ - 0 - |
| Warehouse Home Furnishings Distributors, Inc. dba Farmers Furniture | Personal Property | $ - 0 - | 0% | $ - 0 - |
| World Finance Corporation of Georgia (all accounts) | Personal Property | $ - 0 - | 0% | $ - 0 - |

(g) **Special Treatment of Unsecured Claims.** The following unsecured allowed claims are classified to be paid at 100% ☐ with interest at _____ % per annum **or** ☐ without interest:

_____

(h) **General Unsecured Claims.** Allowed general unsecured claims, including the unsecured portion of any bifurcated claims provided for in paragraph 4(f) or paragraph 9 of this plan, will be paid a **0** % dividend or a pro rata share of $ **0**, whichever is greater.

5. **Executory Contracts.**

   (a) **Maintenance of Current Installment Payments or Rejection of Executory Contract(s) and/or Unexpired Lease(s).**

| CREDITOR | DESCRIPTION OF PROPERTY/SERVICES AND CONTRACT | ASSUMED/ REJECTED | MONTHLY PAYMENT | DISBURSED BY TRUSTEE OR DEBTOR(S) |
|---|---|---|---|---|
| Watson & Knox | Residential Lease | Assumed | $1,050.00 | Debtors |

(b) **Treatment of Arrearages.** Prepetition arrearage claims will be paid in full through disbursements by the Trustee.

| CREDITOR | ESTIMATED ARREARAGE |
|---|---|
| Watson & Knox | $ - 0 - |

6. **Adequate Protection Payments.** The Debtor(s) will make pre-confirmation lease and adequate protection payments pursuant to 11 U.S.C. § 1326(a)(1) on allowed claims of the following creditors: ☐ Direct to the Creditor; **or** ☑ To the Trustee.

| CREDITOR | ADEQUATE PROTECTION OR LEASE PAYMENT AMOUNT |
|---|---|
| SRP Federal Credit Union | $200.00 |

7. **Domestic Support Obligations.** The Debtor(s) will pay all postpetition domestic support obligations direct to the holder of such claim identified here. See 11 U.S.C. § 101(14A). The Trustee will provide the statutory notice of 11 U.S.C. § 1302(d) to the following claimant(s):

| CLAIMANT | ADDRESS |
|---|---|
|  |  |

8. **Lien Avoidance.** Pursuant to 11 U.S.C. § 522(f), the Debtor(s) move(s) to avoid the lien(s) or security interest(s) of the following creditor(s), upon confirmation but subject to 11 U.S.C. § 349, with respect to the property described below. The plan shall be served on all affected creditor(s) in compliance with Fed. R. Bankr. P. 4003(d), and the Debtor(s) shall attach a certificate of service.

| CREDITOR | LIEN IDENTIFICATION (if known) | PROPERTY |
|---|---|---|
| 1st Franklin Financial Corpoation |  | Household Goods |
| Covington Credit of Georgia, Inc. |  | Household Goods |
| Edwards Loan Co., Washington, LLC |  | Household Goods |
| Lahr Enterprises, LLC dba Wilkes Loan |  | Household Goods |
| Otis Heath |  | Judgment Lien |
| Security Finance of Georgia, LLC |  | Household Goods |
| World Finance Corporation of Georgia |  | Household Goods |

9. **Surrender of Collateral.** The following collateral is surrendered to the creditor to satisfy the secured claim to the extent shown below upon confirmation of the plan. The Debtor(s) request(s) that upon confirmation of this plan the stay under 11 U.S.C. §

362(a) be terminated as to the collateral only and that the stay under 11 U.S.C. § 1301 be terminated in all respects. Any allowed deficiency balance resulting from a creditor's disposition of the collateral will be treated as an unsecured claim in paragraph 4(h) of this plan if the creditor amends its previously-filed, timely claim within 180 days from entry of the order confirming this plan or by such additional time as the creditor may be granted upon motion filed within that 180-day period.

| CREDITOR | DESCRIPTION OF COLLATERAL | AMOUNT OF CLAIM SATISFIED |
|---|---|---|
| SRP Federal Credit Union | BMW Motor Vehicle | In full satisfaction of primary note secured by BMW motor vehicle |

10. **Retention of Liens.** Holders of allowed secured claims shall retain the liens securing said claims to the full extent provided by 11 U.S.C § 1325(a)(5).

11. **Amounts of Claims and Claim Objections.** The amount, and secured or unsecured status, of claims disclosed in this plan are based upon the best estimate and belief of the Debtor(s). An allowed proof of claim will supersede those estimated claims. In accordance with the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, objections to claims may be filed before or after confirmation.

12. **Payment Increases.** The Debtor(s) will increase payments in the amount necessary to fund allowed claims as this plan proposes, after notice from the Trustee and a hearing if necessary, unless a plan modification is approved.

13. **Federal Rule of Bankruptcy Procedure 3002.1.** The Trustee shall not pay any fees, expenses, or charges disclosed by a creditor pursuant to Fed. R. Bankr. P. 3002.1(c) unless the Debtor's(s') plan is modified after the filing of the notice to provide for payment of such fees, expenses, or charges.

14. **Service of Plan.** Pursuant to Fed. R. Bankr. P. 3015(d) and General Order 2017-3, the Debtor(s) shall serve the Chapter 13 plan on the Trustee and all creditors when the plan is filed with the court, and file a certificate of service accordingly. If the Debtor(s) seek(s) to limit the amount of a secured claim based on valuation of collateral (paragraph 4(f) above), seek(s) to avoid a security interest or lien (paragraph 8 above), or seek(s) to initiate a contested matter, the Debtor(s) must serve the plan on the affected creditors pursuant to Fed. R. Bankr. P. 7004. See Fed. R. Bankr. P. 3012(b), 4003(d), and 9014.

15. **Nonstandard Provisions.** Under Fed. R. Bankr. P. 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise in this local plan form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

> a) UPON GRANT OF DISCHARGE IN THIS CASE, ALL SECURED CREDITORS BEING PAID THROUGH THE PLAN SHALL PROMPTLY RELEASE ALL COLLATERAL HELD AS SECURITY ON LOANS, AND SHALL PROMPTLY RELEASE AND/OR SATISFY ALL SECURITY DEEDS, SECURITY AGREEMENTS, UCC FILINGS, JUDGMENT LIENS, TITLES, AND/OR ANY OTHER LIEN CLAIM OF ANY KIND AGAINST PROPERTY OF THE DEBTOR. THIS PARAGRAPH SHALL IN NO WAY APPLY TO MORTGAGES AND/OR OTHER SECURED DEBTS THAT ARE NOT PAID THROUGH THE CHAPTER 13 PLAN.
> b) ALL PAYMENTS MADE BY THE CHAPTER 13 TRUSTEE TO THE INTERNAL REVENUE SERVICE AND/OR GEORGIA DEPARTMENT OF REVENUE, IF ANY, TO BE APPLIED FIRST TO THE PRE-PETITION PRINCIPAL OBLIGATION.
> c) FIRST OF THOMSON, INC. PAID DIRECT BY TIMOTHY IVEY ON NOTE SECURED BY LINCOLN MOTOR VEHICLE.

By signing below, I certify the foregoing plan contains no nonstandard provisions other than those set out in paragraph 15.

Dated:  6/18/19

x _____
                                                             *Debtor 1*

x _____
                                                             *Debtor 2*

_____
                                                  *Attorney for the Debtor(s)*

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing CHAPTER 13 PLAN AND MOTION upon the following parties via CM/ECF electronic mail:

Huon Le
[VIA ECF]

Office of the U. S. Trustee
[VIA ECF]

I hereby certify that I have served a copy of the within and foregoing CHAPTER 13 PLAN AND MOTION by First Class Mail, placing same in the United States Mail with proper postage affixed thereon, to the following addresses:

SEE ATTACHED EXHIBIT "A"

I hereby certify that I have served a copy of the within and foregoing CHAPTER 13 PLAN AND MOTION on the following corporations, addressed to an Agent or Officer, by First Class Mail, placing same in the United States Mail with proper postage affixed thereon, to the following addresses:

1st Franklin Financial Corporation
Attn: Officer or Agent
P.O. Box 1409
Thomson, GA 30824-1409
(as shown on Exhibit "A")

1st Franklin Financial Corporation
Attn: Ben Cheek, III, Registered Agent
135 East Tugalo Street
Toccoa, GA 30577

1st Franklin Financial Corporation
Attn: Officer or Agent
P.O. Box 880
Toccoa, GA 30577-0880

Covington Credit of Georgia, Inc.
Attn: CT Corporation, Registered Agent
289 S. Culver Street
Lawrenceville, GA 30046-4805
(as shown on Exhibit "A")

Covington Credit of Georgia, Inc.
Attn: Officer or Agent
1257 Washington Road
Thomson, GA 30824-7352
(as shown on Exhibit "A")

Covington Credit of Georgia, Inc.
Attn: Officer or Agent
P.O. Box 1947
Greenville, SC 29602-1947
(as shown on Exhibit "A")

Security Finance of Georgia, LLC
Attn: Officer or Agent
29 E. Robert Toombs Avenue
Washington, GA 30673
(as shown on Exhibit "A")

Security Finance of Georgia, LLC
Attn: Officer or Agent
P.O. Box 1893
Spartanburg, SC 29304-1893
(as shown on Exhibit "A")

Security Finance of Georgia, LLC, Attn:
C T Corporation System, Registered Agent
289 S. Culver Street
Lawrenceville, GA 30046-4805
(as shown on Exhibit "A")

W. S. Badcock Corporation
Attn: Officer or Agent
P.O. Box 724
Mulberry, FL 33860-0724
(as shown on Exhibit "A")

W. S. Badcock Corporation, Attn: C T
Corporation System, Registered Agent
289 S. Culver Street
Lawrenceville, GA 30046-4805
(as shown on Exhibit "A")

Warehouse Home Furnishings Distributors, Inc.
dba Farmers Furniture
Attn: Ellen Sumner, Registered Agent
1851 Telfair Street
Dublin, GA 31021

Warehouse Home Furnishings Distributors, Inc.
dba Farmers Furniture
Attn: Officer or Agent
P.O. Box 1140
Dublin, GA 31040-1140

Warehouse Home Furnishings Distributors, Inc.
dba Farmers Furniture
Attn: Officer or Agent
1012 E. Robert Toombs Avenue
Washington, GA 30673

        World Finance Corporation of Georgia
            Attn: Officer or Agent
              406 Main Street
           Thomson, GA 30824-1575
          (as shown on Exhibit "A")

        World Finance Corporation of Georgia
            Attn: Officer or Agent
              P.O. Box 6429
          Greenville, SC 29606-6429
          (as shown on Exhibit "A")

        World Finance Corporation of Georgia
    Attn: CT Corporation, Registered Agent
           289 S. Culver Street
         Lawrenceville, GA 30046-4805
          (as shown on Exhibit "A")

        Edwards Loan Co., Washington, LLC
           Attn: Officer or Agent
        33 E. Robert Toombs Avenue
            Washington, GA 30673
          (as shown on Exhibit "A")

        Edwards Loan Co., Washington, LLC
  Attn: James A. Walters, Registered Agent
             718 Green Street
          Gainesville, GA 30501-3322
          (as shown on Exhibit "A")

    LAHR Enterprises, LLC DBA Wilkes Loan
     Attn: Robin Lahr, Registered Agent
        20 W. Robert Toombs Avenue
            Washington, GA 30673
          (as shown on Exhibit "A")

    I hereby certify that I have served a copy of the within and foregoing CHAPTER 13 PLAN MOTION on the following insured depository institutions, addressed to an Officer of the institution, by Certified Mail with proper postage affixed thereon, to the following addresses:

                                     N/A

This __18th__ day of June, 2019.

                                                    John E. Wills
                                                    Attorney for Debtor

Wills Law Firm, LLC
P.O. Box 1620
Thomson, GA 30824
706-595-8100

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113J-1<br>Case 19-10772-SDB<br>Southern District of Georgia<br>Augusta<br>Tue Jun 18 11:47:30 EDT 2019 | 1ST FRANKLIN FINANCIAL CORPORATION<br>ATTN: OFFICER OR AGENT<br>P.O. BOX 1409<br>THOMSON GA 30824-1409 | (p)1ST FRANKLIN FINANCIAL CORPORATION<br>PO BOX 880<br>TOCCOA GA 30577-0880 |
| 21ST CENTURY INSURANCE<br>C/O TRUE NORTH AR<br>9 COMMERCIAL BLVD<br>NOVATO CA 94949-6118 | AARON'S, INC.<br>ATTN: BANKRUPTCY DEPT<br>P.O. BOX 100039<br>KENNESAW GA 30156-9239 | AFNI, INC<br>1310 MARTIN LUTHER KING DRIVE<br>P.O. BOX 3517<br>BLOOMINGTON IL 61702-3517 |
| ALLIED INTERSTATE<br>3000 CORPORATE EXCHANGE DRIVE<br>5TH FLOOR<br>COLUMBUS OH 43231-7689 | ALLIED INTERSTATE<br>435 FORD ROAD<br>SUITE 800<br>MINNEAPOLIS MN 55426-1066 | ALLTEL<br>1001 TECHNOLOGY DRIVE<br>LITTLE ROCK AR 72223-5943 |
| ALLTEL<br>BANKRUPTCY DEPT 1269 B5F03-B<br>1 ALLIED DR.<br>LITTLE ROCK AR 72202-2065 | AMERICAN INFOSOURCE, LP<br>ATTN: DEPARTMENT 1<br>P.O. BOX 4457<br>HOUSTON TX 77210-4457 | AMERICAN INFOSOURCE, LP<br>P.O. BOX 248838<br>OKLAHOMA CITY OK 73124-8838 |
| AMERICAN INFOSOURCE, LP<br>P.O. BOX 51178<br>LOS ANGELES CA 90051-5478 | AT&T BANKRUPTCY CENTER<br>P.O. BOX 769<br>ARLINGTON TX 76004-0769 | AUTOMOTIVE CREDIT ACCEPTANCE, INC.<br>204 MARTIN LUTHER KING JR. BLVD<br>ELBERTON GA 30635-1523 |
| AVON PRODUCTS<br>425 HORIZON DRIVE<br>SUWANEE GA 30024-3105 | AVON PRODUCTS<br>C/O SUNRISE CREDIT SERVICES, INC.<br>260 AIRPORT PLAZA, P.O. BOX 9100<br>FARMINGDALE NY 11735-9100 | BANK OF AMERICA<br>CORPORATE CENTER<br>100 NORTH TRYON STREET<br>CHARLOTTE NC 28255-0001 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | BELLSOUTH TELECOMMUNICATIONS, INC.<br>AT&T SERVICES, INC.<br>ONE AT&T WAY, ROOM 3A104<br>BEDMINSTER NJ 07921-2694 | BENEFICIAL NATIONAL BANK<br>200 SOMERSE CORP. BLVD<br>BRIDGEWATER NJ 08807-2862 |
| BENEFICIAL NATIONAL BANK<br>301 N. WALNUT STREET<br>WILMINGTON DE 19801-3964 | Benjamin Lamar Ivey<br>Sharon Lowe Ivey<br>606 Arnall Street<br>Thomson GA 30824-3031 | CADENCE BANK, FORMERLY STATE BANK,<br>FORMERLY FIRST BANK OF GEORGIA<br>110 HILL STREET<br>THOMSON GA 30824-2928 |
| (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 | CALIFORNIA SERVICE BUREAU/<br>TRUE NORTH AR<br>100 WOOD HOLLOW DRIVE 200<br>NOVATO CA 94945-1204 | CAPITAL ONE BANK (USA), N.A.<br>P.O. BOX 71083<br>CHARLOTTE NC 28272-1083 |
| CAVALRY PORTFOLIO SERVICES<br>500 SUMMIT LAKE DRIVE<br>SUITE 400<br>VALHALLA NY 10595-2322 | CNAC<br>1801 GORDON HIGHWAY<br>AUGUSTA GA 30904-5636 | COMCAST<br>105 RIVER SHOALS PKWY<br>AUGUSTA GA 30909-0235 |

EXHIBIT "A"

```
COMMONWEALTH FINANCIAL SYSTEMS        COVINGTON CREDIT OF GEORGIA, INC.      COVINGTON CREDIT OF GEORGIA, INC.
245 MAIN STREET                       ATTN: CT CORPORATION, REGISTERED AGENT ATTN: OFFICER OR AGENT
DICKSON CITY PA 18519-1641            289 S. CULVER STREET                   1257 WASHINGTON ROAD
                                      LAWRENCEVILLE GA 30046-4805            THOMSON GA 30824-7352


COVINGTON CREDIT OF GEORGIA, INC.     CREDIT MANAGEMENT LP                   CREDIT MANAGEMENT, LP
ATTN: OFFICER OR AGENT                4200 INTERNATIONAL PKWY                6080 TENNYSON PARKWAY
P.O. BOX 1947                         CARROLLTON TX 75007-1912               SUITE 100
GREENVILLE SC 29602-1947                                                     PLANO TX 75024-6002


CREDIT ONE BANK                       (p)DIRECTV LLC                         DJ ORTHOPEDICS, LLC
P.O. BOX 98873                        ATTN BANKRUPTCIES                      C/O AARGON AGENCY
LAS VEGAS NV 89193-8873               PO BOX 6550                            8668 SPRING MOUNTAIN ROAD
                                      GREENWOOD VILLAGE CO 80155-6550        LAS VEGAS NV 89117-4132


DR. WILLIAMS                          DRIVESTAR FINANCIAL II, INC. d/b/a CNAC   EDWARDS LOAN CO., WASHINGTON, LLC
120 GORDON STREET                     1285 CASSAT AVENUE                     ATTN:  OFFICER OR AGENT
WASHINGTON GA 30673-1602              JACKSONVILLE FL 32205-7083             33 E. ROBERT TOOMBS AVENUE
                                                                             WASHINGTON GA 30673-1735


EDWARDS LOAN CO., WASHINGTON, LLC     EMERGENCY COVERAGE CORPORATION         EXCEL LOCAL/LONG DISTANCE
ATTN: JAMES A. WALTERS, REGISTERED AGENT  P.O. BOX 740023                    C/O MIDLAND CREDIT MANAGEMENT
718 GREEN STREET                      CINCINNATI OH 45274-0023               8875 AERO DRIVE, SUITE 200
GAINESVILLE GA 30501-3322                                                    SAN DIEGO CA 92123-2255


(p)FARMERS FURNITURE                  FINGERHUT/WEBBANK                      FIRST OF THOMSON, INC.
ATTN CORPORATE CREDIT DEPT            6250 RIDGEWOOD ROAD                    139 MAIN STREET
PO BOX 1140                           SAINT CLOUD MN 56303-0820              THOMSON GA 30824-2615
DUBLIN GA 31040-1140


FIRST PREMIER BANK                    FIRST-CITIZENS BANK & TRUST COMPANY    (p)GEORGIA DEPARTMENT OF REVENUE
P.O. BOX 5524                         P.O. BOX 27131                         COMPLIANCE DIVISION
SIOUX FALLS SD 57117-5524             RALEIGH NC 27611-7131                  ARCS BANKRUPTCY
                                                                             1800 CENTURY BLVD NE SUITE 9100
                                                                             ATLANTA GA 30345-3202


GEORGIA POWER COMPANY                 GEORGIA POWER COMPANY                  HICKORY HILL EMERGENCY PHYSICIANS, LLC
2500 PATRICK HENRY PARKWAY            96 ANNEX                               1A BURTON HILLS BLVD
BIN # 80002                           ATLANTA GA 30396-0002                  NASHVILLE TN 37215-6187
MCDONOUGH GA 30253-4298


HSBC                                  HSBC TAXPAYER FINANCIAL SERVICES       HSBC/TAX
P.O. BOX 5253                         90 CHRISTIANA ROAD                     P.O. BOX 15524
CAROL STREAM IL 60197-5253            NEW CASTLE DE 19720-3118               WILMINGTON DE 19850


INTERNAL REVENUE SERVICE              Benjamin Lamar Ivey         ✗          Sharon Lowe Ivey          ✗
P.O. BOX 7346                         606 Arnall Street                      606 Arnall Street
PHILADELPHIA PA 19101-7346            Thomson, GA 30824-3031                 Thomson, GA 30824-3031

                                              (duplicate)                            (duplicate)
```

```
JOSEPH STEPHENS                  ~John P. Wills~                  LAHR ENTERPRISES, LLC DBA WILKES LOAN
PO BOX 1661                      ~Wills Law Firm, LLC~            ATTN: ROBIN LAHR, REGISTERED AGENT
THOMSON GA 30824-5661            ~318 Jackson Street~              20 W. ROBERT TOOMBS AVENUE
                                 ~P.O. Box 1620~                  WASHINGTON GA 30673-1662
                                 ~Thomson, GA 30824-5620~


LANIER COLLECTION AGENCY         LVNV FUNDING, LLC                ~Huan Le~
P.O. BOX 15519                   C/O RESURGENT CAPITAL SERVICES   ~P.O. Box 2127~
SAVANNAH GA 31416-2219           P.O. BOX 1269                    ~Augusta, GA 30903-2127~
                                 GREENVILLE SC 29602-1269
                                                                  By cm/ecf


MERCHANTS & MEDICAL ADJUST       MERCHANTS ADJUSTMENT SERVICE     MIDLAND CREDIT MANAGEMENT
321 MAIN STREET S.               P.O. BOX 7511                    2365 NORTHSIDE DRIVE
TIFTON GA 31794-4897             MOBILE AL 36670-0511             SUITE 300
                                                                  SAN DIEGO CA 92108-2709


MIDLAND FUNDING LLC              MOTORS ACCEPTANCE CORP.          NATIONWIDE INSURANCE
2365 NORTHSIDE DRIVE             P.O. BOX 468                     C/O CREDIT COLLECTION SERVICES
SUITE 300                        COLUMBUS GA 31902-0468           P.O. BOX 607
SAN DIEGO CA 92108-2709                                           NORWOOD MA 02062-0607


NCEP, LLC                        NCO FIN/99                       NCO FINANCIAL
C/O QUANTUM3 GROUP               P.O. BOX 15636                   P.O. BOX 41448
P.O. BOX 788                     WILMINGTON DE 19850-5636         PHILADELPHIA PA 19101
KIRKLAND WA 98083-0788


NCO FINANCIAL SERVICES           NCO FINANCIAL SYSTEMS, INC.      NORTH AMERICAN CREDIT SERVICES
P.O. BOX 15391                   P.O. BOX 41466                   P.O. BOX 182221
WILMINGTON DE 19850-5391         PHILADELPHIA PA 19101            CHATTANOOGA TN 37422-7221


OKINUS, INC.                     OTIS HEATH                       Office of the U. S. Trustee
157 WEST RAILROAD STREET         3483 ELAM CHURCH ROAD            Johnson Square Business Center
PELHAM GA 31779-1631             NORWOOD GA 30821-7905            2 East Bryan Street, Ste 725
                                                                  Savannah, GA 31401-2638

                                                                  By cm/ecf


(p)PORTFOLIO RECOVERY ASSOCIATES LLC  PREMIER BANKCARD/CHARTER    PROTECT AMERICA, INC.
PO BOX 41067                     P.O. BOX 2208                    C/O ANDERSON CRENSHAW ASSOC.
NORFOLK VA 23541-1067            VACAVILLE CA 95696-8208          12801 N. CENTRAL EXPWY
                                                                  DALLAS TX 75243-1716


RAND CONFER, MD                  REGIONS BANK                     RESURGENT CAPITAL SERVICES
C/O LANIER COLLECTION AGENCY     CONSUMER COLLECTIONS             P.O. BOX 10587
P.O. BOX 15519                   P.O. BOX 10063                   GREENVILLE SC 29603-0587
SAVANNAH GA 31416-2219           BIRMINGHAM AL 35202-0063


SANTANDER CONSUMER USA INC.      (p)SCANA AND SUBSIDIARIES        SECURITY FINANCE OF GEORGIA, LLC
P.O. BOX 560284                  220 OPERATION WAY                ATTN:  OFFICER OR AGENT
DALLAS TX 75356-0284             MAIL CODE C 222                  29 E. ROBERT TOOMBS AVENUE
                                 CAYCE SC 29033-3701              WASHINGTON GA 30673-1735
```

```
SECURITY FINANCE OF GEORGIA, LLC        SECURITY FINANCE OF GEORGIA, LLC, ATTN:   SOUTH STATE BANK
ATTN:  OFFICER OR AGENT                 C T CORPORATION SYSTEM, REGISTERED AGENT  520 GERVAIS STREET
P.O. BOX 1893                           289 S. CULVER STREET                      COLUMBIA SC 29201-3071
SPARTANBURG SC 29304-1893               LAWRENCEVILLE GA 30046-4805


SOUTH STATE BANK                        (p)SPRINT NEXTEL CORRESPONDENCE           (p)SRP FEDERAL CREDIT UNION
FORMERLY GEORGIA BANK & TRUST           ATTN BANKRUPTCY DEPT                      PO BOX 6730
P.O. BOX 15367                          PO BOX 7949                               NORTH AUGUSTA SC 29861-6730
AUGUSTA GA 30919-5367                   OVERLAND PARK KS 66207-0949


STELLAR RECOVERY, INC.                  STELLAR RECOVERY, INC.                    SUNCOM WIRELESS
1327 HIGHWAY 2 W.                       1845 U.S. HIGHWAY 93 S.                   C/O ADVANCED RECOVERY SYSTEM
SUITE 100                               KALISPELL MT 59901-5721                   901 E. 8TH AVENUE, SUITE 206
KALISPELL MT 59901-3413                                                           KING OF PRUSSIA PA 19406-1354


SUNCOM WIRELESS                         SUNCOM WIRELESS                           SUNTRUST BANK
C/O LHR, INC.                           C/O MILLENNIUM FINANCIAL GROUP            ATTN: SUPPORT SERVICES
56 MAIN STREET                          5770 NW EXPRESSWAY, SUITE 102             P.O. BOX 85092
HAMBURG NY 14075-4905                   OKLAHOMA CITY OK 73132-5238               RICHMOND VA 23286-0001


THE BANK OF MISSOURI                    THE BANK OF MISSOURI/TOTAL CREDIT         THE CBE GROUP, INC
216 WEST 2ND STREET                     5109 S. BROADBAND LANE                    131 TOWER PARK DRIVE, SUITE 100
DIXON MO 65459-8048                     SIOUX FALLS SD 57108-2208                 P.O. BOX 900
                                                                                  WATERLOO IA 50704-0900


THE CBE GROUP, INC.                     THE PROGRESSIVE CORPORATION               THOMSON ORTHOPEDICS & SPORTS MEDICINE PC
P.O. BOX 126                            6300 WILSON MILLS ROAD                    P.O. BOX 720
WATERLOO IA 50704-0126                  MAYFIELD VILLAGE OH 44143-2182            THOMSON GA 30824-0720


TURNER MOTOR COMPANY, INC.              (p)UNIVERSITY HEALTH SERVICES  INC        UNIVERSITY HOSPITAL MCDUFFIE
204 MARTIN LUTHER KING, JR. BLVD        ATTN COLLECTIONS DIVISION                 2460 WASHINGTON ROAD
ELBERTON GA 30635-1523                  620 THIRTEENTH ST                         THOMSON GA 30824-6600
                                        AUGUSTA GA 30901-1008


UNIVERSITY HOSPITAL MCDUFFIE            UNIVERSITY MCDUFFIE CO. REGIONAL          URGENT MD
P.O. BOX 1228                           MEDICAL CTR. INC.                         3686 WHEELER ROAD
AUGUSTA GA 30903-1228                   620 13TH STREET                           AUGUSTA GA 30909-6520
                                        AUGUSTA GA 30901-1008


VERIZON WIRELESS                        W. S. BADCOCK CORPORATION                 W. S. BADCOCK CORPORATION, ATTN: C T
3 VERIZON PL                            ATTN: OFFICER OR AGENT                    CORPORATION SYSTEM, REGISTERED AGENT
ALPHARETTA GA 30004-8510                P.O. BOX 724                              289 S. CULVER STREET
                                        MULBERRY FL 33860-0724                    LAWRENCEVILLE GA 30046-4805


WASHINGTON EMC                          WASHINGTON WILKES ER PHYSICIANS           WATSON & KNOX
C/O CBA OF GEORGIA                      P.O. BOX 42475                            RENTAL DIVISION
P.O. BOX 579                            PHILADELPHIA PA 19101-2475                203 MAIN STREET
MILLEDGEVILLE GA 31059-0579                                                       THOMSON GA 30824-2616
```

```
WELLS FARGO BANK                    WELLS FARGO BANK                    WELLS FARGO BANK
420 MONTGOMERY STREET               OVERDRAFT RECOVERY                  P.O. BOX 5058
SAN FRANCISCO CA 94104-1298         P.O. BOX 50014                      MAC 96053-021
                                    ROANOKE VA 24040-5014               PORTLAND OR 97208-5058


WEST ASSET MANAGEMENT               WILLS MEMORIAL HOSPITAL             WORLD FINANCE CORPORATION OF GEORGIA
7171 MERCY ROAD                     120 GORDON STREET                   ATTN:  OFFICER OR AGENT
OMAHA NE 68106-2620                 WASHINGTON GA 30673-1602            406 MAIN STREET
                                                                        THOMSON GA 30824-1575


WORLD FINANCE CORPORATION OF GEORGIA   WORLD FINANCE CORPORATION OF GEORGIA   John P. Wills
ATTN:  OFFICER OR AGENT                ATTN: CT CORPORATION, REGISTERED AGENT Wills Law Firm, LLC
P.O. BOX 6429                          289 S. CULVER STREET                   P O Box 1620
GREENVILLE SC 29606-6429               LAWRENCEVILLE GA 30046-4805            Thomson, GA 30824-5620
```
(last entry crossed out)

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
1ST FRANKLIN FINANCIAL CORPORATION   BANK OF AMERICA                    CAINE & WEINER
ATTN: BEN CHEEK, III, REGISTERED AGENT P.O. BOX 982238                  P.O. BOX 55848
135 EAST TUGALO STREET               EL PASO TX 79998                   SHERMAN OAKS CA 91413
TOCCOA GA 30577


(d)CAVALRY PORTFOLIO SERVICES        DIRECTV                            (d)DIRECTV
P.O. BOX 27288                       P.O. BOX 6550                      P.O. BOX 6550
TEMPE AZ 85285                       GREENWOOD VILLAGE CO 80155         GREENWOOD VILLAGE CO 80155-6550


FARMERS FURNITURE                    (d)FARMERS FURNITURE               GEORGIA DEPARTMENT OF REVENUE
ATTN:  OFFICER OR AGENT              ATTN: OFFICER OR AGENT             COMPLIANCE DIVISION; ARCS BANKRUPTCY
P.O. BOX 1140                        1012 E. ROBERT TOOMBS AVENUE       1800 CENTURY BLVD, NE, SUITE 9100
DUBLIN GA 31040-1140                 WASHINGTON GA 30673                ATLANTA GA 30345-3202


PORTFOLIO RECOVERY ASSOCIATES, LLC   SCANA ENERGY MARKETING             SPRINT NEXTEL CORPORATION
P.O. BOX 41067                       3340 PEACHTREE ROAD NE             ATTN: BANKRUPTCY DEPT
NORFOLK VA 23541-1067                SUITE 2150                         P. O. BOX 7949
                                     ATLANTA GA 30326                   OVERLAND PARK KS 66207-0949


SRP FEDERAL CREDIT UNION             UNIVERSITY HEALTH SERVICES         (d)WAREHOUSE HOME FURNISHINGS DISTRIBUTORS,
P.O. BOX 6730                        620 13TH STREET                    INC., ATTN: ELLEN SUMNER, REG. AGENT
NORTH AUGUSTA SC 29861               AUGUSTA GA 30901                   1851 TELFAIR STREET
                                                                        DUBLIN GA 31021


End of Label Matrix
Mailable recipients   128
Bypassed recipients     0
Total                 128
```