IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | Chapter 13 |
| Benjamin L Ivey ) | |
| Sharon L Ivey ) | Case No: 19-10772-SDB |
| 606 Arnall Street ) | |
| Thomson, GA 30824 ) | |

### MOTION TO DISMISS (BEFORE CONFIRMATION DELINQUENCY)

COMES NOW, the Chapter 13 Trustee Huon Le, by and through counsel, and moves the Court to dismiss the above-captioned case and in support thereof shows:

1. The Debtors last made a payment on September 5, 2019.
2. The Debtors' case is delinquent in the amount of $1,242.28 as of November 25, 2019.
3. The delinquency constitutes a material default in the performance of the proposed plan.

WHEREFORE, said Trustee moves to dismiss the case.

This 25th day of November 2019.

/s/ Jane Miller
_____
Jane Miller, Attorney for
Chapter 13 Trustee Huon Le
Georgia Bar No. 256304

### NOTICE ON MOTION

Pursuant to direction by the Court, notice is hereby given that unless the Debtors request a hearing in writing showing good cause to oppose this Motion within twenty-one (21) days of the date shown below, the case shall be dismissed.

**COUNSEL IS ADVISED TO COMPLY WITH BANKRUPTCY RULE 9011 IN FILING ANY SUCH REQUEST.**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of this Motion to Dismiss (Before Confirmation Delinquency) have been forwarded by either electronic or first-class mail, postage prepaid, to the above-named Debtors and the parties whose name appears below, on the 25th day of November 2019.

Wills Law Firm LLC, Attorney At Law, P O Box 1620, Thomson, GA 30824

/s/ Yvonne Ogbuefi
_____
Office of the Chapter 13 Trustee
Post Office Box 2127
Augusta, GA 30903-2127