IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In re:   BENJAMIN LAMAR IVEY and       Chapter 13
        SHARON LOWE IVEY,       Case No. 19-10772-SDB
        Debtor(s)

## Trustee's Motion To Confirm Plan As Amended

Trustee moves that Debtor's(s') plan be confirmed. The plan, as amended commits Debtor's(s') disposable income to the plan for a period of at least thirty-six months and otherwise conforms to the requirements of Title 11. The plan, as amended will pay $_____ or more to unsecured creditors, but in any event will not pay less than _____% of the total allowed unsecured claims.

Debtor's(s') plan is amended to:

☑ Raise payments/extend plan as follows: to $742/month

☐ Change valuation(s) as follows: _____

☑ Allow/Modify/Disallow claims as follows: Claim #1 of SRP Federal Credit Union allowed as filed and will be paid w/ interest at the rate of 12%.

☐ Other: _____

Trustee certifies that none of the foregoing amendments require notice to creditors, other than those whose consent has been given. This 26 day of May, 20 20.

         _____
         Chapter 13 Trustee/Attorney for Carpenter
         Huon Le, Jane Miller, Frederick Carpenter
If applicable:          Attorney for Chapter 13
         Trustee Huon Le
x _____       GA. Bar No. 341438
Debtor

_____       Creditor's Counsel
Debtor

_____       Creditor's Counsel
Debtor's(s') Counsel
John P. Wills       Creditor's Counsel

Revised 12/1/2017          Form 2017-4-A