# United States Bankruptcy Court
## SOUTHERN DISTRICT OF GEORGIA

In the matter of:  )
BENJAMIN LAMAR IVEY and  )
SHARON LOWE IVEY,  )
  )  Chapter 13    Case No. 19-10772-SDB
Debtor(s)  )
  )
  )
  )

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

Pursuant to 11 U.S.C. § 1329, a proposed modification to the plan has been filed in this case, as shown on the copy attached hereto.

This modification may result in a reduction of the dividend to unsecured creditors. Secured and priority creditors may also be affected.

"Any holder of a secured claim that has accepted or rejected the plan is deemed to have accepted or rejected, as the case may be, the plan as modified, unless the modification provided for a change in the rights of such holder from what such rights were under the plan before modification, and such holder changes such holder's previous acceptance or rejection." 11 U.S.C. § 1323(c) (made applicable by § 1329(b)(1)).

If you have legal grounds to object to the modified plan, or if you wish the Court to consider your views on the plan, you must file a written objection to the modified plan with the Clerk of the Bankruptcy Court before the expiration of twenty-one (21) days from the date stated in the certificate of service, pursuant to Fed. R. Bankr. P. 3015(h).

If you mail your objection to the court, you must mail it early enough so that it will be received within the time referenced above. You must also send a copy of your objection to the Proponent(s) of the modification. If a timely objection is filed, you will receive notice of the date, time and place of a hearing. If you or your attorney do not take these steps, the Court will decide that you do not oppose the modified plan and will enter an order confirming the plan as modified.

Date: __6\18\2021__

_____
John P. Wills, Attorney for Proponents of Modification
GA Bar No: 767375
Wills Law Firm, LLC
P.O. Box 1620
Thomson, GA 30824
706-595-8100
john@willslawfirmllc.com

Lucinda Rauback, Clerk
United States Bankruptcy Court
Southern District of Georgia

Revised 1/2/18

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re: **BENJAMIN LAMAR IVEY and**   Chapter **13**
**SHARON LOWE IVEY,**   Case No. **19-10772-SDB**
Debtor(s).

### MODIFICATION TO CHAPTER 13 PLAN AFTER CONFIRMATION

1. **BENJAMIN LAMAR IVEY and SHARON LOWE IVEY**, the Proponent(s) of the modification, file(s) this motion to modify the plan confirmed previously in this case as follows:

   a. Increase payments as follows:

   b. Decrease payments as follows:

   c. Surrender of Collateral. The following collateral is surrendered to the creditor to satisfy the secured claim to the extent shown below upon confirmation of this proposed modification. The Proponent(s) request(s) that upon confirmation of the plan, as modified, the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under 11 U.S.C. § 1301 be terminated in all respects. Any allowed deficiency balance resulting from a creditor's disposition of the collateral will be treated as an unsecured claim in paragraph 4(h) of the plan if the creditor amends its previously-filed, timely claim within 180 days from the entry of the order confirming this proposed modification or by such additional time as the creditor may be granted upon motion filed within that 180-day period.

   | CREDITOR | DESCRIPTION OF COLLATERAL | AMOUNT OF CLAIM SATISFIED |
   |---|---|---|
   |  |  |  |

   d. Other Provisions:
   **(1) Plan payments extended to a maximum period of 84 months.**
   **(2) Beginning with their 2021 returns and continuing through the remaining term of this case, Debtors agree to provide their annual income tax returns to the Trustee within 15 days of the filing deadline of such returns or any valid extensions thereto.**

2. Proponent(s) assert(s) as the basis for the modification the following facts: **The Debtors are experiencing or have experienced a material financial hardship due, directly or indirectly, to the Coronavirus Disease 2019 (COVID-19) pandemic, and this modification is proposed pursuant to 11 U.S.C. Section 1329(d)(1) and (2).**

3. Except as provided herein, all terms of the plan as previously confirmed remain in full force and effect.

_____ 6-17-21          _____
       Date                            Proponent 1

x /s/ Sharon Huey
*Proponent 2*

## CERTIFICATE OF SERVICE

This is to certify that I, John P. Wills, have this day served a true and correct copy of the within and foregoing "NOTICE OF MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION" and "MODIFICATION TO CHAPTER 13 PLAN AFTER CONFIRMATION" upon the following:

### VIA CM/ECF ELECTRONIC TRANSMISSION TO THE FOLLOWING PARTIES:

Huon Le
Chapter 13 Trustee

Office of the U.S. Trustee

### VIA UNITED STATES MAIL, POSTAGE PREPAID, TO THE FOLLOWING PARTIES:

SEE ATTACHED EXHIBIT "A"

This the 18th day of June, 2021.

/s/ John P. Wills
John P. Wills
Attorney for Debtors

WILLS LAW FIRM, LLC
P.O. Box 1620
Thomson, GA 30824
(706) 595-8100

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113J-1<br>Case 19-10772-SDB<br>Southern District of Georgia<br>Augusta<br>Mon Jun 14 21:49:59 EDT 2021 | 1ST FRANKLIN FINANCIAL CORPORATION<br>ATTN:  OFFICER OR AGENT<br>P.O. BOX 1409<br>THOMSON GA 30824-1409 | (p)1ST FRANKLIN FINANCIAL CORPORATION<br>PO BOX 880<br>TOCCOA GA 30577-0880 |
| 1st Franklin Financial Corporation<br>Attn: Administrative Services<br>P.O. Box 880<br>Toccoa, GA 30577-0880 | 21ST CENTURY INSURANCE<br>C/O TRUE NORTH AR<br>700 Longwater Drive<br>Norwell, MA 02061-1624 | AARON'S, INC.<br>ATTN: BANKRUPTCY DEPT<br>P.O. BOX 100039<br>KENNESAW GA 30156-9239 |
| AFNI, INC<br>1310 MARTIN LUTHER KING DRIVE<br>P.O. BOX 3517<br>BLOOMINGTON IL 61702-3517 | ALLIED INTERSTATE<br>435 FORD ROAD<br>SUITE 800<br>MINNEAPOLIS MN 55426-1066 | ALLIED INTERSTATE<br>P.O. Box 19312<br>Minneapolis, MN 55419-0312 |
| ALLTEL<br>1001 TECHNOLOGY DRIVE<br>LITTLE ROCK AR 72223-5943 | ALLTEL<br>BANKRUPTCY DEPT 1269 B5F03-B<br>1 ALLIED DR.<br>LITTLE ROCK AR 72202-2065 | AMERICAN INFOSOURCE, LP<br>ATTN: DEPARTMENT 1<br>P.O. BOX 4457<br>HOUSTON TX 77210-4457 |
| AMERICAN INFOSOURCE, LP<br>P.O. BOX 248838<br>OKLAHOMA CITY OK 73124-8838 | AMERICAN INFOSOURCE, LP<br>P.O. BOX 51178<br>LOS ANGELES CA 90051-5478 | AT&T BANKRUPTCY CENTER<br>P.O. BOX 769<br>ARLINGTON TX 76004-0769 |
| AT&T Mobility II LLC<br>%AT&T SERVICES INC.<br>KAREN A. CAVAGNARO   PARALEGAL<br>ONE AT&T WAY, SUITE 3A104<br>BEDMINSTER, NJ. 07921-2693 | AUTOMOTIVE CREDIT ACCEPTANCE, INC.<br>204 MARTIN LUTHER KING JR. BLVD<br>ELBERTON GA 30635-1523 | AVON PRODUCTS<br>425 HORIZON DRIVE<br>SUWANEE GA 30024-3105 |
| AVON PRODUCTS<br>C/O SUNRISE CREDIT SERVICES, INC.<br>260 AIRPORT PLAZA, P.O. BOX 9100<br>FARMINGDALE NY 11735-9100 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)ATLAS ACQUISITIONS LCC<br>492C CEDAR LANE SUITE 442<br>TEANECK NJ 07666-1713 |
| BANK OF AMERICA<br>CORPORATE CENTER<br>100 NORTH TRYON STREET<br>CHARLOTTE NC 28255-0001 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | BELLSOUTH TELECOMMUNICATIONS, INC.<br>AT&T SERVICES, INC.<br>ONE AT&T WAY, ROOM 3A104<br>BEDMINSTER NJ 07921-2694 |
| BENEFICIAL NATIONAL BANK<br>200 SOMERSE CORP. BLVD<br>BRIDGEWATER NJ 08807-2862 | BENEFICIAL NATIONAL BANK<br>301 N. WALNUT STREET<br>WILMINGTON DE 19801-4050 | Benjamin Lamar Ivey<br>Sharon Lowe Ivey<br>606 Arnall Street<br>Thomson GA 30824-3031 |
| CADENCE BANK, FORMERLY STATE BANK,<br>FORMERLY FIRST BANK OF GEORGIA<br>110 HILL STREET<br>THOMSON GA 30824-2928 | (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 | CALIFORNIA SERVICE BUREAU/<br>TRUE NORTH AR<br>100 WOOD HOLLOW DRIVE 200<br>NOVATO CA 94945-1204 |



EXHIBIT "A"

```
CAPITAL ONE BANK (USA), N.A.              CAVALRY PORTFOLIO SERVICES              CNAC
P.O. BOX 71083                            500 SUMMIT LAKE DRIVE                   1801 GORDON HIGHWAY
CHARLOTTE NC 28272-1083                   SUITE 400                               AUGUSTA GA 30904-5636
                                          VALHALLA NY 10595-2322


(c)COMCAST                                COMMONWEALTH FINANCIAL SYSTEMS          (p)SOUTHERN MANAGEMENT
405 TOPGOLF WAY                           245 MAIN STREET                         PO BOX 1947
AUGUSTA GA  30909-0084                    DICKSON CITY PA 18519-1641              GREENVILLE SC 29602-1947


COVINGTON CREDIT OF GEORGIA, INC.         CREDIT MANAGEMENT LP                    CREDIT MANAGEMENT, LP
ATTN:  CT CORPORATION, REGISTERED AGENT   4200 INTERNATIONAL PKWY                 6080 TENNYSON PARKWAY
289 S. CULVER STREET                      CARROLLTON TX 75007-1912                SUITE 100
LAWRENCEVILLE GA 30046-4805                                                       PLANO TX 75024-6002


CREDIT ONE BANK                           (p)DIRECTV LLC                          DJ ORTHOPEDICS, LLC
P.O. BOX 98873                            ATTN BANKRUPTCIES                       C/O AARGON AGENCY
LAS VEGAS NV 89193-8873                   PO BOX 6550                             8668 SPRING MOUNTAIN ROAD
                                          GREENWOOD VILLAGE CO 80155-6550         LAS VEGAS NV 89117-4132


DR. WILLIAMS                              DRIVESTAR FINANCIAL II, INC. d/b/a CNAC EDWARDS LOAN CO., WASHINGTON, LLC
120 GORDON STREET                         1285 CASSAT AVENUE                      ATTN:  OFFICER OR AGENT
WASHINGTON GA 30673-1602                  JACKSONVILLE FL 32205-7083              33 E. ROBERT TOOMBS AVENUE
                                                                                  WASHINGTON GA 30673-1735


EDWARDS LOAN CO., WASHINGTON, LLC         EMERGENCY COVERAGE CORPORATION          EXCEL LOCAL/LONG DISTANCE
ATTN: JAMES A. WALTERS, REGISTERED AGENT  P.O. BOX 740023                         C/O MIDLAND CREDIT MANAGEMENT
718 GREEN STREET                          CINCINNATI OH 45274-0023                8875 AERO DRIVE, SUITE 200
GAINESVILLE GA 30501-3322                                                         SAN DIEGO CA 92123-2255


(p)FARMERS FURNITURE                      FINGERHUT/WEBBANK                       FIRST OF THOMSON, INC.
ATTN CORPORATE CREDIT DEPT                6250 RIDGEWOOD ROAD                     139 MAIN STREET
PO BOX 1140                               SAINT CLOUD MN 56303-0820               THOMSON GA 30824-2615
DUBLIN GA 31040-1140


FIRST PREMIER BANK                        FIRST-CITIZENS BANK & TRUST COMPANY     First of Thomson
P.O. BOX 5524                             P.O. BOX 27131                          203 Main Street
SIOUX FALLS SD 57117-5524                 RALEIGH NC 27611-7131                   Thomson, Ga 30824-2616


(p)GEORGIA DEPARTMENT OF REVENUE          GEORGIA POWER COMPANY                   GEORGIA POWER COMPANY
COMPLIANCE DIVISION                       2500 PATRICK HENRY PARKWAY              96 ANNEX
ARCS BANKRUPTCY                           BIN # 80002                             ATLANTA GA 30396-0002
1800 CENTURY BLVD NE SUITE 9100           MCDONOUGH GA 30253-4298
ATLANTA GA 30345-3202


HICKORY HILL EMERGENCY PHYSICIANS, LLC    HSBC                                    HSBC TAXPAYER FINANCIAL SERVICES
1A BURTON HILLS BLVD                      P.O. BOX 5253                           90 CHRISTIANA ROAD
NASHVILLE TN 37215-6187                   CAROL STREAM IL 60197-5253              NEW CASTLE DE 19720-3118
```

HSBC/TAX
P.O. BOX 15524
WILMINGTON DE 19850

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA PA 19101-7346

~~Benjamin Lamar Ivey
606 Arnall Street
Thomson, GA 30824-3031~~
(duplicate)

~~Sharon Lowe Ivey
606 Arnall Street
Thomson, GA 30824-3031~~
(duplicate)

JOSEPH STEPHENS
PO BOX 1661
THOMSON GA 30824-5661

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

John B. Wills
Wills Law Firm, LLC
318 Jackson Street
P.O. Box 1120
Thomson, GA 30824-5620

LAHR ENTERPRISES, LLC DBA WILKES LOAN
ATTN: ROBIN LAHR, REGISTERED AGENT
20 W. ROBERT TOOMBS AVENUE
WASHINGTON GA 30673-1662

LANIER COLLECTION AGENCY
P.O. BOX 15519
SAVANNAH GA 31416-2219

LVNV FUNDING, LLC
C/O RESURGENT CAPITAL SERVICES
P.O. BOX 1269
GREENVILLE SC 29602-1269

~~Huong Le
P.O. Box 2127
Augusta, GA 30903-2127~~
(via CM/ECF)

MERCHANTS & MEDICAL ADJUST
321 MAIN STREET S.
TIFTON GA 31794-4897

MERCHANTS ADJUSTMENT SERVICE
P.O. BOX 7511
MOBILE AL 36670-0511

MIDLAND CREDIT MANAGEMENT
2365 NORTHSIDE DRIVE
SUITE 300
SAN DIEGO CA 92108-2709

MIDLAND FUNDING LLC
2365 NORTHSIDE DRIVE
SUITE 300
SAN DIEGO CA 92108-2709

MOTORS ACCEPTANCE CORP.
P.O. BOX 468
COLUMBUS GA 31902-0468

NATIONWIDE INSURANCE
C/O CREDIT COLLECTION SERVICES
P.O. BOX 607
NORWOOD MA 02062-0607

NCEP, LLC
C/O QUANTUM3 GROUP
P.O. BOX 788
KIRKLAND WA 98083-0788

NCO FIN/99
P.O. BOX 15636
WILMINGTON DE 19850-5636

NCO FINANCIAL
P.O. BOX 41448
PHILADELPHIA PA 19101

NCO FINANCIAL SERVICES
P.O. BOX 15391
WILMINGTON DE 19850-5391

NCO FINANCIAL SYSTEMS, INC.
P.O. BOX 41466
PHILADELPHIA PA 19101

NORTH AMERICAN CREDIT SERVICES
P.O. BOX 182221
CHATTANOOGA TN 37422-7221

OKINUS, INC.
157 WEST RAILROAD STREET
PELHAM GA 31779-1631

OTIS HEATH
3483 ELAM CHURCH ROAD
NORWOOD GA 30821-7905

~~Office of the U. S. Trustee
Johnson Square Business Center
2 East Bryan Street, Ste 725
Savannah, GA 31401-2638~~
(via CM/ECF)

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PREMIER BANKCARD/CHARTER
P.O. BOX 2208
VACAVILLE CA 95696-8208

PROTECT AMERICA, INC.
C/O ANDERSON CRENSHAW ASSOC.
12801 N. CENTRAL EXPWY
DALLAS TX 75243-1716

Premier Bankcard, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-7999

Quantum3 Group LLC as agent for
CF Medical LLC
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
NCEP LLC
PO Box 788,
Kirkland, WA 98083-0788

RAND CONFER, MD
C/O LANIER COLLECTION AGENCY
P.O. BOX 15519
SAVANNAH GA 31416-2219

REGIONS BANK
CONSUMER COLLECTIONS
P.O. BOX 10063
BIRMINGHAM AL 35202-0063

RESURGENT CAPITAL SERVICES
P.O. BOX 10587
GREENVILLE SC 29603-0587

SANTANDER CONSUMER USA INC.
P.O. BOX 560284
DALLAS TX 75356-0284

SCANA ENERGY MARKETING
3340 PEACHTREE ROAD NE
SUITE 2150
ATLANTA GA 30326-1000

SECURITY FINANCE OF GEORGIA, LLC
ATTN:  OFFICER OR AGENT
29 E. ROBERT TOOMBS AVENUE
WASHINGTON GA 30673-1735

SECURITY FINANCE OF GEORGIA, LLC
ATTN:  OFFICER OR AGENT
P.O. BOX 1893
SPARTANBURG SC 29304-1893

SECURITY FINANCE OF GEORGIA, LLC, ATTN:
C T CORPORATION SYSTEM, REGISTERED AGENT
289 S. CULVER STREET
LAWRENCEVILLE GA 30046-4805

SOUTH STATE BANK
520 GERVAIS STREET
COLUMBIA SC 29201-3071

SOUTH STATE BANK
FORMERLY GEORGIA BANK & TRUST
P.O. BOX 15367
AUGUSTA GA 30919-5367

(p)SPRINT
C O AMERICAN INFOSOURCE
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

(p)SRP FEDERAL CREDIT UNION
PO BOX 6730
NORTH AUGUSTA SC 29861-6730

STELLAR RECOVERY, INC.
1327 HIGHWAY 2 W.
SUITE 100
KALISPELL MT 59901-3531

STELLAR RECOVERY, INC.
1845 U.S. HIGHWAY 93 S.
KALISPELL MT 59901-5710

SUNCOM WIRELESS
C/O ADVANCED RECOVERY SYSTEM
901 E. 8TH AVENUE, SUITE 206
KING OF PRUSSIA PA 19406-1354

SUNCOM WIRELESS
C/O LHR, INC.
56 MAIN STREET
HAMBURG NY 14075-4905

SUNCOM WIRELESS
C/O MILLENNIUM FINANCIAL GROUP
5770 NW EXPRESSWAY, SUITE 102
OKLAHOMA CITY OK 73132-5238

SUNCOM WIRELESS
C/O Millennium Financial Group LLC
3000 United Founders Blvd
Ste 219
Oklahoma City, OK 73112-3904

SUNTRUST BANK
ATTN: SUPPORT SERVICES
P.O. BOX 85092
RICHMOND VA 23286-0001

THE BANK OF MISSOURI
216 WEST 2ND STREET
DIXON MO 65459-8048

THE BANK OF MISSOURI/TOTAL CREDIT
5109 S. BROADBAND LANE
SIOUX FALLS SD 57108-2208

THE CBE GROUP, INC
131 TOWER PARK DRIVE, SUITE 100
P.O. BOX 900
WATERLOO IA 50704-0900

THE CBE GROUP, INC.
P.O. BOX 126
WATERLOO IA 50704-0126

THE PROGRESSIVE CORPORATION
6300 WILSON MILLS ROAD
MAYFIELD VILLAGE OH 44143-2182

THOMSON ORTHOPEDICS & SPORTS MEDICINE PC
P.O. BOX 720
THOMSON GA 30824-0720

TURNER MOTOR COMPANY, INC.
204 MARTIN LUTHER KING, JR. BLVD
ELBERTON GA 30635-1523

(p)UNIVERSITY HEALTH SERVICES  INC
ATTN COLLECTIONS DIVISION
620 THIRTEENTH ST
AUGUSTA GA 30901-1008

UNIVERSITY HOSPITAL MCDUFFIE
2460 WASHINGTON ROAD
THOMSON GA 30824-6600

| | | |
|---|---|---|
| UNIVERSITY HOSPITAL MCDUFFIE<br>P.O. BOX 1228<br>AUGUSTA GA 30903-1228 | UNIVERSITY MCDUFFIE CO. REGIONAL<br>MEDICAL CTR. INC.<br>620 13TH STREET<br>AUGUSTA GA 30901-1008 | URGENT MD<br>3686 WHEELER ROAD<br>AUGUSTA GA 30909-6520 |
| United States Attorney<br>P.O. Box 2017<br>Augusta GA 30903-2017 | VERIZON WIRELESS<br>3 VERIZON PL<br>ALPHARETTA GA 30004-8510 | W. S. BADCOCK CORPORATION<br>ATTN: OFFICER OR AGENT<br>P.O. BOX 724<br>MULBERRY FL 33860-0724 |
| W. S. BADCOCK CORPORATION, ATTN: C T<br>CORPORATION SYSTEM, REGISTERED AGENT<br>289 S. CULVER STREET<br>LAWRENCEVILLE GA 30046-4805 | W.S.Badcock Corporation<br>Post Office Box 724<br>Mulberry,FL 33860-0724 | WASHINGTON EMC<br>C/O CBA OF GEORGIA<br>P.O. BOX 579<br>MILLEDGEVILLE GA 31059-0579 |
| WASHINGTON WILKES ER PHYSICIANS<br>P.O. BOX 42475<br>PHILADELPHIA PA 19101-2475 | WATSON & KNOX<br>RENTAL DIVISION<br>203 MAIN STREET<br>THOMSON GA 30824-2616 | WELLS FARGO BANK<br>420 MONTGOMERY STREET<br>SAN FRANCISCO CA 94104-1298 |
| WELLS FARGO BANK<br>OVERDRAFT RECOVERY<br>P.O. BOX 50014<br>ROANOKE VA 24040-5014 | WELLS FARGO BANK<br>P.O. BOX 5058<br>MAC 96053-021<br>PORTLAND OR 97208-5058 | WEST ASSET MANAGEMENT<br>7171 MERCY ROAD<br>OMAHA NE 68106-2620 |
| WILLS MEMORIAL HOSPITAL<br>120 GORDON STREET<br>WASHINGTON GA 30673-1602 | WORLD FINANCE CORPORATION OF GEORGIA<br>ATTN:  OFFICER OR AGENT<br>406 MAIN STREET<br>THOMSON GA 30824-1575 | WORLD FINANCE CORPORATION OF GEORGIA<br>ATTN:  OFFICER OR AGENT<br>P.O. BOX 6429<br>GREENVILLE SC 29606-6429 |
| WORLD FINANCE CORPORATION OF GEORGIA<br>ATTN: CT CORPORATION, REGISTERED AGENT<br>289 S. CULVER STREET<br>LAWRENCEVILLE GA 30046-4805 | ~~John P Wills<br>Wills Law Firm, LLC<br>P O Box 1620<br>Thomson, GA 30824-5620~~ | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| 1ST FRANKLIN FINANCIAL CORPORATION<br>ATTN: BEN CHEEK, III, REGISTERED AGENT<br>135 EAST TUGALO STREET<br>TOCCOA GA 30577 | Atlas Acquisitions LLC<br>492C Cedar Lane, Ste 442<br>Teaneck, NJ 07666 | (d)Atlas Acquisitions LLC<br>492C Cedar Lane, Ste 442<br>Teaneck, NJ 07666 |
| BANK OF AMERICA<br>P.O. BOX 982238<br>EL PASO TX 79998 | CAINE & WEINER<br>P.O. BOX 55848<br>SHERMAN OAKS CA 91413 | (d)CAVALRY PORTFOLIO SERVICES<br>P.O. BOX 27288<br>TEMPE AZ 85285 |

| | | |
|---|---|---|
| COVINGTON CREDIT GA0002<br>c/o SOUTHERN MANAGEMENT<br>ATTN BK<br>P.O. BOX 1947<br>GREENVILLE, SC 29602 | (d)COVINGTON CREDIT OF GEORGIA, INC.<br>ATTN: OFFICER OR AGENT<br>1257 WASHINGTON ROAD<br>THOMSON GA 30824 | (d)COVINGTON CREDIT OF GEORGIA, INC.<br>ATTN: OFFICER OR AGENT<br>P.O. BOX 1947<br>GREENVILLE SC 29602-1947 |
| DIRECTV<br>P.O. BOX 6550<br>GREENWOOD VILLAGE CO 80155 | (d)DIRECTV<br>P.O. BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550 | FARMERS FURNITURE<br>ATTN: OFFICER OR AGENT<br>P.O. BOX 1140<br>DUBLIN GA 31040-1140 |
| (d)FARMERS FURNITURE<br>ATTN: OFFICER OR AGENT<br>1012 E. ROBERT TOOMBS AVENUE<br>WASHINGTON GA 30673 | GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION; ARCS BANKRUPTCY<br>1800 CENTURY BLVD, NE, SUITE 9100<br>ATLANTA GA 30345-3202 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>P.O. BOX 41067<br>NORFOLK VA 23541-1067 | (d)Portfolio Recovery Associates, LLC<br>c/o Capital One<br>POB 41067<br>Norfolk VA 23541 | (d)Portfolio Recovery Associates, LLC<br>c/o Capital One/Hsbc<br>POB 41067<br>Norfolk VA 23541 |
| SPRINT NEXTEL CORPORATION<br>ATTN: BANKRUPTCY DEPT<br>P. O. BOX 7949<br>OVERLAND PARK KS 66207-0949 | SRP FEDERAL CREDIT UNION<br>P.O. BOX 6730<br>NORTH AUGUSTA SC 29861 | (d)SRP Federal Credit Union<br>Attn: Special Assets Dept<br>PO Box 6730<br>North Augusta, SC 29861 |
| UNIVERSITY HEALTH SERVICES<br>620 13TH STREET<br>AUGUSTA GA 30901 | (d)WAREHOUSE HOME FURNISHINGS DISTRIBUTORS,<br>INC., ATTN: ELLEN SUMNER, REG. AGENT<br>1851 TELFAIR STREET<br>DUBLIN GA 31021 | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

COMCAST
105 RIVER SHOALS PKWY
AUGUSTA GA 30909

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Joseph Stephens<br>P. O. Box 1661<br>Thomson, GA 30824-5661 | End of Label Matrix<br>Mailable recipients    139<br>Bypassed recipients      1<br>Total                  140 |