IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | Chapter 13 |
| Benjamin L Ivey | ) | |
| Sharon L Ivey | ) | Case No: 19-10772-SDB |
| 606 Arnall Street | ) | |
| Thomson, GA 30824 | ) | |

Debtors

## NOTICE OF NON-COMPLIANCE

COMES NOW, the Chapter 13 Trustee Huon Le, by and through counsel, and informs the Court that on October 28, 2021 the Court ordered the Trustee to monitor the Debtors' case for strict adherence to the Court's order and the confirmed plan. The Debtors have not made payments to the Trustee's Office as ordered. Thus, the Debtors have failed to comply with the Court's order.

This 6th day of December 2021.

/s/ Jane Miller
_____
Jane Miller, Attorney for
Chapter 13 Trustee Huon Le
Georgia Bar No. 256304

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of this Notice of Non-Compliance have been forwarded by either electronic or first-class mail, postage prepaid, to the above-named Debtors and the parties whose name appears below, on the 6th day of December 2021.

/s/ Yvonne Ogbuefi
_____
Office of the Chapter 13 Trustee
Post Office Box 2127
Augusta, GA 30903-2127

Wills Law Firm LLC
Attorney At Law
P O Box 1620
Thomson, GA 30824