# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

---

In re:

**Benjamin Lamar Ivey and Sharon Lowe Ivey,**
    Debtors.

Case No.:  19–10772–SDB

Judge:  Susan D. Barrett

Chapter:  13

---

### *ORDER DISMISSING CASE*
### *FOR FAILURE TO COMPLY WITH COURT'S ORDER*

The court, on its own motion and pursuant to §105 of the Bankruptcy Code, does hereby dismiss the captioned case by reason of debtor's failure to comply with the court's order of October 28, 2021 .

All stays are lifted and creditors are at liberty to pursue their legal remedies.



Susan D. Barrett
United States Bankruptcy Judge
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903

Dated **December 29, 2021**

*13–10[Rev. 07/05]* **CMT**